**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# Trial Notice

## CRIMINAL CASES:

### JURY

| | |
|---|---|
| CR07-106-01S-LDA | USA v. Jesus Gonzalez<br>Conspiracy with Intent to Distribute Cocaine |
| CR08-25-01S-LDA | USA v. William Melvin<br>Bank Robbery |
| CR08-35-01S-DLM | USA v. Elvis Fortes<br>Possession with Intent to Distribute Cocaine |
| CR08-40-01S-DLM | USA v. Charles Chavarria<br>Illegal Re-Entry |

## CIVIL CASES

### JURY

| | |
|---|---|
| CA06-478S-LDA | John MacArthur v. O'Connor Corporation, et al<br>Personal Injury |
| CA07-331S-DLM | Enid Bonilla v. Electrolizing, Inc.<br>Employment Discrimination |

## TRIAL NOTICE

You are hereby notified that the above-captioned jury cases will be empaneled on **Tuesday, July 1, 2008 at 9:30 a.m.**, before a Magistrate Judge. Counsel must be present for empanelment of the jury. After empanelment, counsel must be prepared to begin trial on 24 hours notice, unless otherwise noted. The above cases may or may not be reached for trial in the order listed. It is counsel's responsibility to keep informed of the status of their cases. No change in the status of any case will be accepted unless immediately reported to and approved by Judge Smith prior to jury empanelment. Counsel are directed to review all pretrial orders to assure full compliance. Counsel in criminal cases are reminded that, absent a showing of good cause:

1. No plea agreements will be honored by the Court unless submitted in writing at least one week before empanlement. See Fed. R. Crim. P. 11(e).

2. No pleas will be accepted by the Court during the one week period preceding empanelment unless they have been scheduled before that period.

3. Under Guidelines 3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility.

Counsel are reminded that all exhibits should be pre-marked as stated in the applicable Pretrial Order and if any court equipment (i.e. overhead projectors; VCR etc.) is needed during the trial, counsel are to give Wendy Geile in the Clerk's Office at least 24 hours notice of what they need.

All counsel must file a complete copy of their voir dire questions and in civil cases, counsel will also file a brief statement of the facts. These documents are to be filed in the Clerk's Office no later than **June 24, 2008.**

/s/Judge William E. Smith
William E. Smith
U.S. District Judge

Date: June 2, 2008