UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR08-40-S |
| | ) | |
| CARLOS CHAVARRIA | ) | |

NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY

Now comes Carlos Chavarria, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the instant indictment. Mr. Chavarria requests that the Court schedule a change of plea hearing at its earliest convenience.

Respectfully submitted
CARLOS CHAVARRIA
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Richard Rose, AUSA on June 10, 2008.

/s/ Mary S. McElroy